George **COCKRELL**, Vincent **Bursey,** Walter **Alleyne**, Norphenia **Salter,** Plaintiffs–Appellants,

v.

**U.S. SBA DISASTER ASSISTANCE AGENCY, Hector V. Barreto, Administrator, Administrator of SBA Steven C. Preston, Defendants–Appellees.**

No. 09–10419.

United States Court of Appeals, Eleventh Circuit.

Dec. 7, 2009.

Elliott Brian Watkins, E. Brian Watkins, P.C., Atlanta, GA, for Plaintiffs–Appellants.

Neeli Ben–David, U.S. Attorney's Office, Atlanta, GA, for Defendants–Appellees.

Before TJOFLAT, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

This is an appeal of a summary judgment entered in favor of the defendants pursuant to the order of a magistrate judge entered on December 22, 2008.[1] After hearing oral argument of counsel, we are satisfied for the reasons stated in the December 22, 2008 order that the magistrate judge correctly analyzed and disposed of the plaintiffs' claims.

AFFIRMED.

---

**1.** The case was tried by the magistrate judge by consent, pursuant to 28 U.S.C. § 636(c)(1).